1094

[No. 22041-5-II.     Division Two.     November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY SCOTT WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01238-6, Roger A. Bennett, J., entered May 29, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22811-4-II.     Division Two.     November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LENNY AROONPHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03774-5, Bryan E. Chushcoff, J., entered December 9, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 23127-1-II.     Division Two.     November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST L. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00335-9, Leonard W. Kruse, J., entered March 30, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23146-8-II.     Division Two.     November 19, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. JEREMY DANIEL WARD, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00928-3, Don L. McCulloch, J., entered March 20, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.